THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM DAVIDSON, Appellant.

Submitted January 3, 1955; decided January 13, 1955.

Motion for reargument denied.   [See 297 N. Y. 894.]

SYDNEY J. WOOD, Doing Business under the Name of 53RD STREET SUBWAY LIQUOR STORE, Respondent, *v.* JOHN M. O'GRADY, Individually and as President of Wine and Liquor Store Employees Union, Local 122, A. F. of L., et al., Appellants.

Submitted January 3, 1955; decided January 13, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 307 N. Y. 532.]